JAMES S. HOPKINS, as Receiver, etc., Respondent, *v.* MOSS BLOSVEREN et al., Appellants.

(Appellate Term, First Department, November, 1917.)

Depositions — examination before trial — witness — motions and orders — Municipal Court Code, § 27(4).

Section 27(4) of the Municipal Court Code does not authorize an order for the examination of defendants' attorney as a witness before trial and an order denying a motion to vacate such an order will be reversed, the motion granted and the order vacated.

APPEAL by defendants from an order of the Municipal Court of the city of New York, borough of Manhattan, first district, directing the examination of defendants' attorney as a witness before trial, and from an order denying a motion to vacate the order of examination.

Edgar Weaver, for appellants.

Walter E. Godfrey (Ralph Guttchen, of counsel), for respondent.

BIJUR, J. It is conceded by respondent that the only authority for such an order must be found in Municipal Court Code, section 27, subdivision 4, read-

ing as follows: '' The deposition of a party to an action in this court or of a person who expects to be a party to an action about to be brought in this court may be taken at his own instance or at the instance of an adverse party, or by a co-plaintiff or co-defendant at any time before or during the trial, in the same manner as such depositions are taken under the provisions of law applicable to like cases in the supreme court.''

Order denying motion to vacate order of examination reversed, with ten dollars costs, motion granted, with ten dollars costs, and order of examination vacated; appeal from order of examination dismissed.

PHILBIN and ORDWAY, JJ., concur.

Order reversed, with costs.  Appeal dismissed.